THE STATE EX REL. BARNHART, APPELLANT, *v.* CIRCLEVILLE LONG-TERM CARE, INC. ET AL.; INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Barnhart v. Circleville Long–Term Care, Inc.* (2001), 92 Ohio St.3d 432.]

(No. 01–31—Submitted June 20, 2001—Decided August 8, 2001.)

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

*Robert M. Robinson*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Jeffrey B. Hartranft*, Assistant Attorney General, for appellee.